UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:22-cr-75

vs.

DONTE CAPTAIN,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 27); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA HEARING (Doc. No. 23); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 4, 5, AND 6 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 23) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 4, 5, and 6 of the Indictment, which charges him in Count 4 with distribution of 50 grams or more of a substance and mixture containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and in Counts 5 and 6 with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(1). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

       **IT IS SO ORDERED.**

    October 2, 2023                                   s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge